# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAWRENCE P. JONES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 13-1316 |
| | : | |
| **JEROME WALSH, et al** | : | |

## ORDER

**AND NOW**, this 21st day of November, 2013, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No.7), the Petitioner's "Traverse Response" to Respondents' Answer Filed (Document No. 10), the Report and Recommendation filed by United States Magistrate Judge Henry S. Perkin and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

    1.    The petitioner's objections are **OVERRULED**;

    2.    The Report and Recommendation of Magistrate Judge Perkin is **APPROVED** and **ADOPTED**;

    3.    The Petition for Writ of Habeas Corpus is **DENIED**; and,

    4.    There is no probable cause to issue a certificate of appealability.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.